Eastern District of Kentucky<br>**FILED**<br><br>SEP 2 6 2024<br><br>AT LONDON<br>Robert R. Carr<br>**CLERK U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL ACTION NO.** 7:24-CR-016-KKC

**UNITED STATES OF AMERICA**                **PLAINTIFF**

**V.**        **MOTION OF UNITED STATES**
       **FOR ISSUANCE OF ARREST WARRANT**

**JUSTIN D. SLONE**                **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **JUSTIN D. SLONE**, returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: /s/ Andrew H. Trimble
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
Andrew.Trimble@usdoj.gov