UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:24-CR-00016-KKC-EBA-1

UNITED STATES OF AMERICA                                              PLAINTIFF,

V.                                          **ORDER**

JUSTIN D. SLONE,                                                      DEFENDANT.

*** *** *** ***

Defendant Justin D. Slone is currently confined at the Floyd County Jail in Prestonsburg, Kentucky, in connection with alleged violations under state law. The United States has moved for a writ of habeas corpus ad prosequendum commanding the jailer to deliver Slone to the United States Marshal so that Slone may be brought before this Court for an initial appearance, arraignment, and for other proceedings. [R. 7]. Therefore, having been sufficiently advised,

**IT IS ORDERED** that the motion of the United States for a writ of habeas corpus ad prosequendum, [R. 7], is **GRANTED**. The jailer shall **DELIVER** the Defendant, Justin D. Slone, to the United States Marshal for the Eastern District of Kentucky. The Marshal shall **DELIVER** the Defendant in custody before the United States District Court **at PIKEVILLE**, Kentucky, on **FRIDAY, October 18, 2024, at 1:30 P.M.**, for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of. The Marshal shall **KEEP** Slone in custody until he is no longer needed, at which time the Marshal shall **RETURN** Slone to the custody of the jailer.

Signed September 27, 2024.



**Signed By:**

**_Edward B. Atkins_** *EBA*

**United States Magistrate Judge**