UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES

Case No. 7:24-cr-16-KKC-EBA-1     At: Pikeville     Date: October 22, 2024

U.S.A. vs. JUSTIN D. SLONE     X present     X custody     __ bond     __ OR     Age: __

**DOCKET ENTRY:** This matter was called for initial appearance and arraignment with counsel and defendant present as noted. United states Probation Officer Brittney Crisp was also present.

The Court confirmed, by representation from the AUSA, that the United States is aware of and fulfilling its obligation to see that any crime victim(s) are notified of, and accorded, the rights provided by 18 U.S.C. 3771(a).

Pursuant to Rule 5(f), the Court orders and emphasizes the prosecution's disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Due process requires that the United States affirmatively disclose to a defendant all favorable evidence within its control, including exculpatory proof impacting a witness's credibility, where the evidence is material either to guilt or to punishment such that its suppression undermines confidence in the proceeding's outcome. The possible consequences of a violation of this disclosure obligation include, without limitation, an adverse jury instruction, dismissal of charges, contempt proceedings, and/or a new trial.

The Court finds the United States oral motion for Detention is properly made and is hereby GRANTED. The defendant waived the timing on the issue of detention reserving the right to move for a Detention Hearing at a later date, if applicable. Therefore, the defendant shall remain in custody pending further Order of the Court.

**PRESENT:   HON. EDWARD B. ATKINS, MAGISTRATE JUDGE**

Assistant U.S. Attorney:     Andrew H. Trimble

Counsel for Edward C. Ramey:     Andy Markelonis     X Present     X Appointed     __ Retained

I, Tara Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KYED-PIK_7-24-cr-16-1_20241022_135034

**PROCEEDINGS:     INITIAL APPEARANCE AND ARRAIGNMENT**

X   Copy of Indictment previously given to the defendant.

X   Defendant states his true name is Justin D. Slone.

X   The Court has reviewed the financial affidavit executed by the defendant and finds the defendant qualifies for court appointed counsel.

X   Andy Markelonis is appointed to represent the defendant under the Criminal Justice Act.

X   Defendant waives formal arraignment.

X   Defendant advised of Constitutional Rights pursuant to Rule 5, F. R. Cr. P.

X   Defendant waives reading of Indictment. Defendant acknowledged an understanding of the charges and possible penalties.

X   Defendant pleads NOT GUILTY to all counts (R. 1).

X   PRETRIAL MOTIONS are to be filed pursuant to the Courts' pretrial order to be entered.

X   Jury Trial is scheduled for **Monday, December 16, 2024, at 9:00 a.m., with counsel to be present at 8:30 a.m.**, in Pikeville, Kentucky, before the Hon. Karen K. Caldwell. The estimated length of the trial is three (3) days.

X   Defendant remanded to the custody of the United States Marshal pending further orders.

This 22nd day of October, 2024.

 **Signed By:**
**_Edward B. Atkins_** _EBA_
**United States Magistrate Judge**

cc:     COR, USM, USPO; Deputy Clerk's Initials <u>TDA</u>; TIC: 0/06