# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**JUSTIN SLONE,**<br><br>    **Defendant.** | **CRIMINAL NO. 7:24-CR-16-KKC-EBA**<br><br><br>**ORDER** |

*** *** ***

The Court ordered that Defendant Justin Slone be committed to the custody of the Attorney General for the purpose of conducting a psychiatric or psychological examination by a licensed or certified psychiatrist or psychologist. (DE 15.) The Court's purpose in ordering the examination was to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his own defense.

The Court has received a letter from the Federal Bureau of Prisons (BOP) regarding the status of the defendant's examination. It advises the Court that his examination should be completed by December 6, 2024 and a report should be available by January 3, 2024. Accordingly, the Court hereby ORDERS that the Clerk of the Court is DIRECTED to file the BOP's letter in the record UNDER SEAL and distribute copies to the United States Probation Office and counsel of record.

This 15th day of November, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY